**Order entered July 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00434-CV

## WORK IT OUT, LLC., Appellant

## V.

## FEDERAL NATIONAL MORTGAGE ASSOCIATION
## A/K/A FANNIE MAE, ET AL., Appellees

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-09125

## ORDER

We **GRANT** appellant's July 2, 2014 amended second motion for an extension of time to file a brief. Appellant shall file its brief on or before **August 5, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

We **DIRECT** the Clerk of this Court to add Charles Baruch as lead attorney for appellant.

/s/      ADA BROWN
         JUSTICE